ACCEPTED
03-15-00430-CV
12535834
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/6/2016 10:34:11 AM
JEFFREY D. KYLE
CLERK

# NO. 03-15-00430-CV

## In The
## Third Court of Appeals

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/6/2016 10:34:11 AM
JEFFREY D. KYLE
Clerk

### AT AUSTIN, TEXAS

**Sanadco Inc., Mahmoud A. Isba, Broadway Grocery, Inc., Shariz, Inc., Ruby & Sons Store, Inc., and Rubina Noorani,**

**APPELLANTS**

**VS.**

**The Office of the Comptroller of Public Accounts; Glenn Hegar, in his individual and official capacities as Comptroller of Public Accounts for the State of Texas; and Ken Paxton in his official capacity as Attorney General of the State of Texas,**

**APPELLEES**

---

**Appeal From Cause No D-1-GN-13-004352
250th District Court Of Travis County, Texas
The Honorable Karin Crump, Presiding**

---

### APPELLANT'S FOURTH ABATEMENT STATUS REPORT
### AND REQUEST FOR FURTHER EXTENSION OF TIME

---

**TO THE HON0RABLE THIRD COURT OF APPEALS:**

NOW COME SANADCO INC, MAHMOUD AHMED ISBA, BROADWAY GROCERY, INC., SHARIZ, INC., RUBY & SONS STORE, INC., AND RUBINA NOORANI, Appellants in the above-referenced cause, and submit the following status report as ordered by the court in its letter dated August 24, 2016, and report the following:

1.      Since the filing of the Third Abatement Status Report on May 5, 2016,

Appellants filed their Motion for Summary Judgment on July 27, 2016, to which there has been no response.

2. The cause has been tentatively set for trial on the merits on October 12, 2016.

3. Appellants would therefore respectfully request the court to extend the abatement of this appeal for an additional 90 days to allow for rendition of a final judgment and filing and resolution of post judgment motions, if necessary.

**ALL PREMISES CONSIDERED**, Appellants respectfully request this Court to extend the abatement of this appeal for an additional 90 days to December 5, 2016 to permit conclusion of trial on the merits and post-trial motions in this cause.

Respectfully submitted,

By: /s/ Samuel T Jackson
*Law Office of Samuel T. Jackson*
Texas Bar No. 10495700

PO Box 907
Round Rock, TX 78680-0907
Mob. (512) 924-5794
Tel. (512) 692-6260
Fax. (866) 722-9685
FOR APPELLANTS
Email:
jacksonlaw@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the above and foregoing instrument was served on the parties or their attorneys **via facsimile**, certified mail, return receipt requested, and/or hand delivery on September 5, 2016, in accordance with the Texas Rules of Appellate Procedure, to the following:

**JACK HOHENGARTEN**
Assistant Attorney General
State Bar No. 09812200
Office of the Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 475-3503
Fax: (512) 477-2348
jack.hohengarten@texasattorneygeneral.gov
**Attorney for Appellees**